## STATE EX REL. ART MUSEUM BLDG. COMM. v. TRAVELERS INDEM. CO.

No. 375A93

Case below: 111 N.C.App. 330

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 4 November 1993.

## TOWN OF NEWTON GROVE v. SUTTON

No. 366P93

Case below: 111 N.C.App. 376

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

## WESTER v. KUHN

No. 384P93

Case below: 111 N.C.App. 691

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

## YANDLE v. BROWN

No. 259P93

Case below: 334 N.C. 626
            110 N.C.App. 318

Petition by plaintiff for reconsideration of the petition to this Court for review of the decision of the North Carolina Court of Appeals dismissed 4 November 1993.